# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**FUEL FREEDOM INTERNATIONAL, LLC,**

                **Plaintiff,**

**-vs-**                                                 Case No. 6:06-cv-488-Orl-31DAB

**MAXMA, L.C., EXTREME RESEARCH, INC., KENNETH SANDERS, MARK SEYFORTH & MICHAEL DEBORD,**

                **Defendants.**

_____

## ORDER

Having reviewed *de novo* the Report and Recommendation of Magistrate Judge Baker (Doc. 39), and Defendants' objections thereto (Doc. 40), it is

**ORDERED** that said objections are OVERRULED. The Report and Recommendation is CONFIRMED and ADOPTED as part of this Order. The Motion to Dismiss (Doc. 21) is DENIED.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on September 25, 2006.

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party