**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**FUEL FREEDOM INTERNATIONAL, LLC,**

            **Plaintiff,**

**-vs-**                                            **Case No. 6:06-cv-488-Orl-31DAB**

**MAXMA, L.C., EXTREME RESEARCH, INC., KENNETH SANDERS, MARK SEYFORTH & MICHAEL DEBORD,**

            **Defendants.**

_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **OBJECTION TO/MOTION TO STRIKE REQUEST FOR PRODUCTION AND INSPECTION OF DOCUMENTS AND THINGS (Doc. No. 46)**
>
> **FILED:** December 11, 2006
> _____
>
> **THEREON** it is **ORDERED** that the motion is **DENIED**.

To the extent the document is meant to be a response to discovery ("objection"), such discovery responses are not routinely filed. *See* Local Rule 3.03(d). To the extent movants seek relief from the obligation to respond to discovery, such is not accomplished via a motion to strike. *See* Rules 12(f) and 34, Fed. R. Civ. Procedure. Moreover, the motion does not set forth the entire text of the disputed Request; is not in compliance with Local Rule 3.01(a) (no supporting memorandum

of law); is not in compliance with Local Rule 1.05(a) (filings must be double-spaced); and counsel has failed to comply with Local Rule 3.01(g). As if the above were not enough, counsel has inexplicably tendered this motion to the Clerk for filing, rather than using the required electronic case filing system (CMECF), in violation of the Court's Administrative Procedures for Electronic Filing in Civil and Criminal Cases, *and* the Certificate of Service on the motion reflects service (by mail) only on Plaintiff's counsel, and does not include service on any co-Defendant.

Counsel is **directed** to familiarize himself with the federal and local rules of this Court prior to filing any further motion in this matter.

**DONE** and **ORDERED** in Orlando, Florida on December 12, 2006.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record